DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRANDON THORNE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2731

[November 21, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case No. 432009CF001530.

Rachael E. Reese of O'Brien Hatfield, P.A., Tampa, for appellant.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***